UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Wilmington Trust, National
Association, as Trustee for the
Benefit of the Holders of B2R
Mortgage Trust 2016-1 Mortgage
Pass-Through Certificates,

        Plaintiff,

vs.                              ORDER ADOPTING
                                REPORT AND RECOMMENDATION

Schuldner, LLC,

        Defendant.                Civil No. 18-2393 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

    1.    That this action is remanded to Minnesota State District Court, Sixth Judicial District, County of St. Louis.

    2.    Let Judgment be entered accordingly.


DATED: 10/24/18                                    s/Patrick J. Schiltz
At Minneapolis, Minnesota                Patrick J. Schiltz, Judge
                                                        United States District Court